Second Appellate Department, July, 1904. Reported. 97 App. Div. 630.

In the Matter of the Petition of PATRICK W. CULLINAN, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 3,562, Issued to EDWARD KOJAN, and Transferred to VICTOR STREICHER, Appellants, and five other similar cases.

Orders affirmed, with ten dollars costs and disbursements.

All concurred. (See opinion of JENKS, J., in *Matter of Cullinan* [Kray Certificate], ante. p. 122.)